UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GINA TURRA, ADMINISTRATRIX** <br> Of the Estate of **LOUIS C. TURRA**, <br> Deceased, Individually and on <br> behalf of the Decedent's Estate <br> and **SANTINO LOUIS TURRA**, a minor <br> by his mother and natural guardian, <br> **GINA TURRA**, <br><br> **Plaintiffs**, <br><br> v. <br><br> **UNITED STATES OF AMERICA** <br> c/o **U.S. DEPARTMENT OF JUSTICE**, <br> **U.S. CUSTOM HOUSE**, <br> **2ND & CHESTNUT STREETS**, <br> **PHILADELPHIA, PA. 19106** <br> **Defendant.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :CIVIL ACTION NO. 02-3060 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this    day of June 2002, upon consideration of the Motion of the United States ("moving defendant"), by and through the United States Attorney Patrick L. Meehan and Assistant United States Attorney Cedric D. Bullock for an enlargement of time, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the moving defendants' response to Plaintiff's complaint shall be due no later than June 14, 2002.

BY THE COURT:

_____
HONORABLE CLARENCE C. NEWCOMER
UNITED STATES DISTRICT COURT

Case 2:02-cv-03060-CN   Document 2   Filed 05/30/2002   Page 2 of 7

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA TURRA, ADMINISTRATRIX<br>Of the Estate of LOUIS C. TURRA,<br>Deceased, Individually and on<br>behalf of the Decedent's Estate<br>and SANTINO LOUIS TURRA, a minor<br>by his mother and natural guardian,<br>GINA TURRA,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA<br>c/o U.S. DEPARTMENT OF JUSTICE,<br>U.S. CUSTOM HOUSE,<br>2ND & CHESTNUT STREETS,<br>PHILADELPHIA, PA.  19106<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:CIVIL ACTION NO. 02-3060<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## THE MOVING DEFENDANT'S
## MOTION FOR ENLARGEMENT OF TIME

The United States ("moving defendant"), by and through United States Attorney Patrick L. Meehan and Assistant United States Attorney, Cedric D. Bullock hereby move the Court for an order allowing time to respond to Plaintiff's complaint no later than July 14, 2002.  The basis of the motion is that, the documents necessary to respond to Plaintiff's complaint have not yet been obtained.  In support of the motion, the moving defendant incorporates herein the attached Memorandum of Law.

WHEREFORE, the moving defendant requests that the Court grant the motion and enter an order in the form attached, extending the time within which the defendants may respond to Plaintiff's complaint.

Respectfully submitted,

Patrick L. Meehan
United States Attorney

_____
James G. Sheehan
Chief, Civil Division


_____
Cedric D. Bullock
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GINA TURRA, ADMINISTRATRIX** Of the Estate of **LOUIS C. TURRA,** Deceased, Individually and on behalf of the Decedent's Estate and **SANTINO LOUIS TURRA, a minor** by his mother and natural guardian, **GINA TURRA,** :<br><br>     Plaintiffs,<br><br>          v.<br><br>**UNITED STATES OF AMERICA** c/o U.S. DEPARTMENT OF JUSTICE, U.S. CUSTOM HOUSE, 2ND & CHESTNUT STREETS, PHILADELPHIA, PA. 19106<br>     Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:CIVIL ACTION NO. 02-3060<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR ENLARGEMENT OF TIME**

The moving defendant has moved the Court for an order allowing time to respond to Plaintiffs' motion no later than July 14, 2002. The records necessary to respond to the allegations raised in Plaintiffs' motion have been requested, but not yet received. Thus, the Court should grant the instant motion and enlarge the time for filing a response.

Under Rule 6(b) of the Federal Rules of Civil Procedure, a reasonable extension of time may be granted upon cause shown if the request is filed before the original time period for response expires.

For the foregoing reasons, the moving defendant requests that the Court allow time to respond to the motion no later than July 14, 2002.

                    Respectfully submitted,

                    Patrick L. Meehan
                    United States Attorney

                    _____
                    James G. Sheehan
                    Assistant United States Attorney
                    Chief, Civil Division

                    _____
                    Cedric D. Bullock
                         Assistant United States Attorney
                    United States Attorney's Office
                    615 Chestnut Street, Suite 1250
                    Philadelphia, PA  19106-4476
                    (215) 861-8413

                    **Attorneys for Moving Defendant**

Dated: May 30, 2002

## CERTIFICATE OF SERVICE

      The undersigned attorney for the moving defendant certifies that he has this date caused a true and correct copy of the foregoing Motion for Enlargement of Time to be served by first-class mail, postage prepaid, upon the following:

ALAN E. DENNENBERG, ESQUIRE
1200 WALNUT STREET
PHILADELPHIA, PA 19107

                                                      _____
                                                    Cedric D. Bullock
                                                    Assistant United States Attorney

Dated: May 30, 2002