**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GINA TURRA, ADMINISTRATRIX | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| UNITED STATES OF AMERICA | : | NO. 02-3060 |
| Defendant | : | |

**O R D E R**

AND NOW, this     day of June, 2002, upon consideration of defendant's Motion for an Enlargement of Time, it is hereby ORDERED that said motion is GRANTED, in part.  Defendant shall have until July 1, 2002, to answer plaintiff's complaint.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.