```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GINA TURRA, ADMINISTRATRIX      :      CIVIL ACTION
                                :
     Plaintiff                  :
                                :
     v.                         :
                                :
UNITED STATES OF AMERICA        :
                                :      NO.  02-3060
                                :
     Defendant                  :
                                :
```

**O R D E R**

AND NOW, this    day of August, 2002, upon consideration of Plaintiff's Motion to Remand and the Defendant's Response, it is hereby ORDERED that the Defendant re-brief the Response to Plaintiff's Motion to Remand.

Neither the Plaintiff's nor the Defendant's brief clearly address whether this Court is the proper court to adjudicate this dispute.  The Defendant's supplemental response shall be no longer than seven (7) pages in length and shall specify, complete with applicable authority, why this Court should deny plaintiff's Motion.  Specifically lacking from Defendant's original response was pertinent case law to support the legal conclusions espoused therein.  The Defendant shall have ten (10) days from the date of this Order to file said response.  The Plaintiff may also submit a supplemental brief in support of its Motion so long as it is filed no later than ten (10) days from the date of this Order and is no longer than seven (7) pages

in length.

       AND IT IS SO ORDERED.

```
                              _____
                              Clarence C. Newcomer, S.J.
```